**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

KATHRYN OLESKE et al,
     Plaintiff,

Case Number 4:09-cv-00012-RRB

v.

UNITED STATES OF AMERICA DEPT OF
HEALTH & HUMAN SERVICES,
     Defendant.      **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_xx_  **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED:

     THAT pursuant to the Stipulation of Dismissal at Docket [17], this matter is DISMISSED WITH PREJUDICE, each party to bear its own cost, expenses and attorney's fees.

APPROVED:

_____
s/ Ralph R. Beistline
United States District Judge

Date: August 26, 2010

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

          Marvel Hansbraugh
          Marvel Hansbraugh,
          Clerk of Court

[]{JMT2.WPT*Rev.3/03}